```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
Bryan Kubicek,                     :
                                   :
                                   :        21 CV 5271 (LAP)
              Plaintiff(s),        :
                                   :            ORDER
       -against-                   :
                                   :
Franks's International N.V,        :
et al.,                            :
                                   :
                                   :
              Defendant(s).        :
                                   :
-----------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

      Counsel shall confer and inform Judge Preska by letter no later than September 15, 2021 of the status of the action/remaining claims/defendants.

SO ORDERED.

*Loretta A. Preska* (signature)

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: September 8, 2021

New York, New York